UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOSEPH MELGER, | No.  2:23-cv-00770-KJM-JDP (PC) |
| Plaintiff, | |
| v. | ORDER |
| FEDERAL BUREAU OF INVESTIGATIONS, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 25, 2023, the court denied plaintiff's application for leave to proceed in forma pauperis because plaintiff is a three-strikers litigant within the meaning of 28 U.S.C. § 1915(g). ECF No. 6.  The court directed plaintiff to pay the $402 filing fee for this action within thirty (30) days.  *Id.*  Plaintiff has not paid the filing fee, and the allotted time has passed.

Accordingly, it is hereby ORDERED that:

1. This action is dismissed without prejudice for failure to pay the filing fee; and

2. The Clerk of Court is directed to close the case.

DATED: September 25, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE